IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02341-EWN-MEH

BARBARA LEHR,
CHARLES LEHR

  Plaintiffs,

v.

C.B. FLEET HOLDING CO., INC., and
C.B. FLEET CO., INC.,

  Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 9, 2008.**

  The Joint Motion to Modify Scheduling Order [Filed July 3, 2008; Docket #19] is **granted**. This discovery deadlines are modified as follows:

| | |
|---|---|
| Plaintiffs' Designation of Expert Witnesses | October 16, 2008 |
| Defendants' Designation of Expert Witnesses | December 4, 2008 |
| Plaintiffs' Designation of Rebuttal Expert Witnesses | December 18, 2008 |
| Discovery Cut-Off | January 15, 2009 |

  With the approval of Chief District Judge Edward W. Nottingham, it is FURTHER ORDERED that the Joint Motion to Modify Dispositive Motion Deadline [Filed July 3, 2008; Docket #20] is **granted**. The dispositive motion deadline is reset to February 28, 2009.

  No further extensions will be granted for any of these deadlines absent a showing of exceptional circumstances.