IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02341-CMA-MEH

BARBARA LEHR, and
CHARLES LEHR,

    Plaintiffs,

v.

C.B. FLEET HOLDING CO., INC., and
C.B. FLEET CO., INC.,

    Defendants.

---

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

---

The parties' Joint Response To the Report and Recommendations of Magistrate Hegarty (Doc. # 39) is GRANTED. The parties shall have to and including March 27, 2009 within which to file their stipulation to dismiss this matter.

    DATED: March __16__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge